**Natalie M. Amani**
11640 Whitetail Lane
Ellicott City MD 21042
Tel: (301) 646-5446

February 17, 2017

Attn: Beverly Winstead, Esq

**Request to Withdraw from IRS Case**

Dear Beverly;

Effective February 17, 2017, I'm requesting you to withdraw from my IRS civil case. I have secured the services of another law firm as they will be representing me as of Monday February 20, 2017.

In the meantime, I have authorized Attorney Olivia Holcombe-Volke of Elville & Associates to contact for the release of all and any documents concerning your work on this case.

Thank you for your time on this case.

Respectfully,

Natalie M. Amani

EXHIBIT A