

LAW OFFICE OF
BEVERLY WINSTEAD, LLC

February 27, 2017

***Sent via Email and Regular Mail***

Natalie Amani
11640 Whitetail Ln
Ellicott City, MD  21042

Re:   ***United States v. Vince Akins, et al, Case #1:16-cv-84***
***Motion to Withdraw***

Dear Ms. Amani:

    I am writing this letter in response to your letter dated February 17, 2017.  In that letter you requested that I withdraw from your case.  You also informed me that you have secured the services of another law firm and that they will be representing you, effective February 20, 2017.  I was out of the office last week, away at a conference, and now can respond to your request.

    As provided in the U.S. District Court local rule 101.2(a) I am providing you notice of my motion to withdraw.  Attached with this letter is a copy of the Motion to Withdraw that I intend to file today.  Your new counsel should enter her appearance in this case and I am happy to provide a copy of your file to your new counsel upon request.

    If you have any questions or concerns, please do not hesitate to call me at 301.306.1234.

Sincerely,

/s/ *Beverly Winstead*
Beverly Winstead, Esq.

Enclosure(s)
1. Motion to Withdraw
2. Supporting Memorandum
3. Letter dated February 17, 2017
4. Certificate of Service
5. Proposed Order

**EXHIBIT B**