UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:16-cv-84 |
| VINCE AKINS, et al. | |
| Defendants. | |

## JUDGMENT

On May 2, 2018, the Court granted the United States' Motion for Summary Judgment as to Count I against Defendant Vince Akins. Accordingly, JUDGMENT is hereby entered against Vince Akins for the federal income tax assessments for the years 2008, 2009, 2010 in the amount of $674,773 as of December 1, 2017, plus all statutory interest, penalties, and costs that accrued and will continue to accrue thereafter according to law until the balance is paid in full.

Dated this 6 day of March, 2019.

J. MARK COULSON
United States Magistrate Judge